CLAUDIA G. SILVA, County Counsel (SBN 167868)
LAURA E. DOLAN, Senior Deputy (SBN 302859)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone (619) 531-5801  Facsimile: (619) 531-6005
Email: laura.dolan@sdcounty.ca.gov
(*Exempt from filing fees per Gov't Code §6103*)

Attorneys for County of San Diego

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SZANTO,<br><br>  Plaintiff,<br><br>  v.<br><br>BANK OF NEW YORK, also known as BANK OF NEW YORK MELLON TRUST also known as BNY MELLON,<br><br>  Defendants. | No. 22-cv-1857-TWR-DEB<br>Action Filed: November 28, 2022<br><br>**DECLARATION OF DAVID GONZALEZ IN SUPPORT OF MOTION FOR ORDER VACATING AND SETTING ASIDE DEFAULT JUDGMENT DIRECTING THE SAN DIEGO COUNTY RECORDER TO EXPUNGE PREVIOUSLY RECORDED DOCUMENTS**<br><br>*[FILED CONCURRENTLY WITH: NOTICE OF MOTION AND MOTION FOR ORDER VACATING AND SETTING ASIDE DEFAULT JUDGMENT DIRECTING THE COUNTY OF SAN DIEGO RECORDER TO EXPUNGE PREVIOUSLY RECORDED DOCUMENTS.]*<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:<br>Magistrate Judge:<br><br>Date: October 12, 2023<br>Time: 1:30 p.m.<br>3A<br>Todd W. Robinson<br>Daniel E. Butcher |

No. 22-cv-1857-TWR-DEB

I, DAVID GONZALEZ, declare as follows:

1. I am employed by the San Diego County Assessor/Recorder/County Clerk. My current position is as a "Division Chief" for the Recorder's Office. Prior to taking my current position in June of 2022, worked as an Assistant Division Chief, Recordable Documents Specialist (RDS) III, RDS II, and RDS I. I have been employed in the County Recorder's Office for approximately 19 (nineteen) years, since 2004. I make this declaration based upon my personal knowledge, and if called as a witness could and would testify truthfully to the facts and opinions set forth here.

2. During my tenure in the Recorder's Office I have been involved in all aspects of the office to include the receipt, examination, imaging, and indexing of documents for recordation with the County. I currently oversee three Assistant Division Chiefs that are responsible for the management of multiple offices to ensure the proper recordation of documents including the receipt, examination, imaging, and indexing of documents for recordation with the County and assist with projects as assigned. I am familiar with all aspects of the recordation process and procedures of the Recorder's Office. I am also familiar with the Default Judgment in this case, Document number 2023-0189311 (the "judgment"). A true and correct copy of the recorded judgment is attached hereto as Exhibit "A".

3. On July 19, 2023, Plaintiff, Peter Szanto, appeared at the San Diego County Recorder's Office ("Recorder") to record the judgment. The Recorder recorded the judgment as document number 2023-0189311, as it was required to do under the law. However, the Recorder did not physically remove or delete any previously recorded documents.

4. Mr. Szanto insisted that the Recorder physically remove the Expunged Documents from their records and argued that the Recorder is in violation of a federal court order by failing to do so. Despite efforts to resolve the issue, including through County Counsel, Mr. Szanto continues to insist that the Recorder must remove the recorded documents listed in the judgment from its records and index.

5. The Recorder explained to Mr. Szanto that the Government Code mandates that the Recorder permanently preserve the record and keep the index. The Recorder recorded the judgment as Mr. Szanto requested, which provides notice to the public that the Expunged Documents are void and/or have no effect. However, the Recorder cannot remove any previously recorded documents or alter its index and would be subject to damages under state law if it were to do so.

6. No notice of a court proceeding to redact information from a recorded document involving Mr. Szanto was received by the Recorder's Office prior to receiving Mr. Szanto's demand.

7. When a recordable document is received by the Recorder and the appropriate fee is paid, a label is affixed to the upper right hand corner of the document containing recording information to include a document number. A true copy of that document is then scanned and recorded into the County Recorder's document imaging system. Information from the document is then indexed to provide public notice and allow for public inspection. After the permanent record is created electronically and on microfilm, and indexing is complete, the original document is returned to the designated party as indicated in upper left-hand corner of the document. Recorded documents may not be altered. The imaging system used by the Recorder, pursuant to Government Code section 27322.2, does not permit additions, deletions, or changes to a recorded document. The judgment as well as the documents referenced within the judgment were all recorded by this procedure.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is dated this 7 day of August, 2023, in San Diego, California.

*David Gonzalez*
_____
DAVID GONZALEZ

# EXHIBIT A

# NOTICE

**If this document contains any restriction based on age, race, color, religion, sex, gender, gender identity, gender expression, sexual orientation, familial status, marital status, disability, veteran or military status, genetic information, national origin, source of income as defined in subdivision (p) of Section 12955, or ancestry, that restriction violates state and federal fair housing laws and is void, and may be removed pursuant to Section 12956.2 of the Government Code by submitting a "Restrictive Covenant Modification" form, together with a copy of the attached document with the unlawful provision redacted to the county recorder's office. The "Restrictive Covenant Modification" form can be obtained from the county recorder's office and may be available on its internet website. The form may also be available from the party that provided you with this document.  Lawful restrictions under state and federal law on the age of occupants in senior housing or housing for older persons shall not be construed as restrictions based on familial status.**

**EXHIBIT A-1**

| | |
|---|---|
| PLEASE COMPLETE THIS INFORMATION.<br><br>RECORDING REQUESTED BY:<br><br>Peter Szanto<br><br>AND WHEN RECORDED MAIL TO:<br><br>Peter Szanto<br>4484 Ovlin Place<br>Oceanside, CA 92057 | DOC# 2023-0189311<br><br>Jul 19, 2023   12:45 PM<br>OFFICIAL RECORDS<br>JORDAN Z. MARKS,<br>SAN DIEGO COUNTY RECORDER<br>FEES: $17.00  (SB2 Atkins: $0.00)<br><br>PAGES: 2 |

THIS SPACE FOR RECORDER'S USE ONLY

Court ORDER:
(Please fill in document title(s) on this line)

Default Judgment in a Civil Case

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

**EXHIBIT A-2**



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Szanto<br><br>                      **Plaintiff,**<br>V.<br><br>Bank of New York, also known as<br>Bank of New York Mellon Trust also<br>known as BNY Mellon<br><br>                      **Defendant.** | Civil Action No.   22cv1857-TWR-DEB<br><br>**DEFAULT JUDGMENT<br>IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Accordingly, the Court QUIETS TITLE as to the Subject Property in favor of Plaintiff and AWARDS Plaintiff damages from Defendant in the amount of $57,000 for lost rent and costs in the amount of $477 for a total of $57,477. Consequently, the Court ORDERS the San Diego County Recorder to expunge the following recorded instruments regarding the Subject Property, 4484 Dulin Place, Oceanside, California, 92057: the Assignment of Trust Deed (DOC# 2020-0248104, recorded May 15, 2020), the Notice of Trustee's Sale (DOC# 2022-0436985, recorded Nov. 15, 2022), and the Notice of Default and Election to Sell Under Deed of Trust (DOC# 2021-0777114, recorded Nov. 9, 2021) (the "Expunged Documents"). For the avoidance of any doubt, the Court ENJOINS Defendant, its agents, employees, representatives, and all persons and entities in concert or participation with it, including Trustee Corps, from taking any further action pursuant to the Expunged Documents—including any further trustee's sale—with regard to the real property 4484 Dulin Place, Oceanside, California 92057.

| | |
|---|---|
| Date:   7/17/23<br><br>I hereby attest and certify on  07/19/2023<br>That the foregoing document is a full, true and correct<br>copy of the original on file in my office and in my legal<br>custody.<br>     CLERK, U.S. DISTRICT COURT<br>     SOUTHERN DISTRICT OF CALIFORNIA<br><br>By_____Deputy | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br><br>By: s/ C. Lam<br>_____<br>                      C. Lam, Deputy |

**EXHIBIT A-3**