UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SZANTO,<br><br>                       Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK,<br>aka Bank of New York Mellon Trust,<br>aka BNY Mellon,<br><br>                       Defendant. | Case No.:  22-CV-1857 TWR (DEB)<br><br>**ORDER (1) DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION SEEKING STAY OF PROCEEDINGS, AND**<br>**(2) GRANTING PLAINTIFF EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION**<br><br>(ECF Nos. 60, 63, 64) |

      Presently before the Court are the Renewed Motion to Set Aside Clerk's Default and Default Judgment ("Renewed Mot.," ECF No. 63) filed by Defendant Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust (erroneously sued as Bank of New York aka Bank of New York Mellon Trust aka BNY Mellon) and Plaintiff Peter Szanto's Motion Seeking Stay of Proceedings ("Mot. to Stay," ECF No. 64), as well as Defendant's Opposition to ("Opp'n," ECF No. 65) and Plaintiff's Reply in Support of ("Reply," ECF No. 66) the Motion to Stay.

      On November 28, 2023, the Court ordered that Plaintiff's opposition to Defendant's Renewed Motion be filed on or before January 4, 2024, two weeks after Defendant was to

file the Renewed Motion.  (*See* ECF No. 60 at 13.)  In its Renewed Motion, Defendant introduced a three-count criminal indictment filed on July 19, 2023, in the United States District Court for the District of Wyoming against Plaintiff for false statements, fraud, and falsification of records before the United States Bankruptcy Court for the District of Wyoming (the "Criminal Action").  (*See* ECF No. 63-2.)  Through his Motion to Stay, Plaintiff seeks a "stay of [these] proceedings . . . so Plaintiff may consult with his Wyoming counsel seeking the proper course to pursue in this Court considering Bank of New York's fraud allegations."  (*See* Mot. to Stay at 8.)  Plaintiff also raises the possibility of consolidation and/or coordination of this action with the Criminal Action.  (*See id.* at 6–9.)  Plaintiff closes by requesting "a 30 day stay to allow consultation with his Wyoming counsel as to the proper procedure to oppose BNY's allegations of fraud in their set aside motion."  (*See id.* at 9.)

Although the Court does not believe that a stay is merited based on the current record and the nature of Plaintiff's ultimate request, the Court will permit Plaintiff a thirty-day extension of time to respond to Defendant's Renewed Motion.  Accordingly, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's Motion to Stay (ECF No. 64) but **GRANTS** Plaintiff an extension of time to respond to Defendant's Renewed Motion (ECF No. 63).  The Court therefore **MODIFIES** its prior briefing schedule (ECF No. 60) as follows:  Plaintiff **SHALL FILE** his opposition to Defendant's Renewed Motion <u>on or before February 5, 2024</u>, and Defendant **MAY FILE** its optional reply, if any, <u>on or before February 20, 2024</u>.

**IT IS SO ORDERED.**

Dated:  January 3, 2024

_____
Honorable Todd W. Robinson
United States District Judge